# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-4997
_____

A.M., Father of N.M., a Minor
Child,

      Appellant,

      v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

      Appellee.

_____

On appeal from the Circuit Court for Duval County.
David Gooding, Judge.

March 26, 2019

PER CURIAM.

      AFFIRMED.

MAKAR, OSTERHAUS, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Guy Victor Murray and Michael A. Tupper, Jacksonville, for Appellant.

Ward L. Metzger, Natalie Clayton, and Margaret McLendon, Jacksonville, for Appellee Department of Children and Families.

Sara Goldfarb and Thomasina F. Moore, Tallahassee, and Catherine M. Negaard, Jacksonville, for Appellee Guardian Ad Litem.